# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMINAK SOLUTIONS, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>7-ELEVEN, INC., a Texas Corporation; PUGS HOLDING, LLC, a Delaware Limited Liability Company; and DOES 1 through 30, inclusive,<br><br>Defendants. | Case No. 2:17-cv-01820 RGK (PJWx)<br><br>**NOTICE OF LODGING OF [PROPOSED] FINAL PRETRIAL CONFERENCE ORDER**<br><br>Trial Date: April 3, 2018<br>Final Pretrial Conf.: March 19, 2018<br>Time: 9:00 a.m.<br>Ctrm: 850 |

4538643-2